HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
BERNARDO MARTINEZ-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00042-MJS |
| Plaintiff, | **MOTION TO VACATE MAY 23, 2017 REVIEW HEARING; ORDER** |
| vs. | |
| BERNARDO MARTINEZ-LOPEZ, | |
| Defendant. | |

Defendant BERNARDO MARTINEZ-LOPEZ hereby requests that the Court vacate the May 23, 2017 review hearing. The government is in agreement with the request.

On June 28, 2016, the Court sentenced Mr. Martinez-Lopez to twelve months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. He was also ordered to pay an $840.00 fine and to pay a $10.00 penalty assessment.

Mr. Martinez-Lopez has paid the entire amount of his fine and his penalty assessment.

Accordingly, Mr. Martinez-Lopez has complied with all conditions of his probation, and he hereby requests that his May 23, 2017 review hearing be vacated.

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 18, 2017  /s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
BERNARDO MARTINEZ-LOPEZ

## **O R D E R**

Based on the parties' joint representation that Mr. Martinez-Lopez is in compliance with the conditions of his probation, the Court vacates the review hearing scheduled for May 23, 2017, at 10:00 a.m., in case number 6:16-mj-00042-MJS.

IT IS SO ORDERED.

Dated: May 18, 2017  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE